EMILY JOHNSON HENN (SBN 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: ehenn@cov.com

SIMON J. FRANKEL (SBN 171552)
PATRICK R. CAREY (SBN 308623)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: sfrankel@cov.com
Email: pcarey@cov.com

*Attorneys for Defendant FullStory, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRA GRAHAM and STACY MOISE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOOM, INC., and FULLSTORY, INC.,<br><br>Defendants. | Civil Case No.: 3:20-cv-06903-LB<br><br>**DECLARATION OF JENNA ZHANG IN SUPPORT OF REPLY OF DEFENDANT FULLSTORY, INC. IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Hearing Date: April 8, 2021<br>Hearing Time: 9:30 a.m.<br>Honorable Laurel Beeler |

I, Jenna Zhang, hereby declare as follows:

1. I am an associate at Covington & Burling LLP, counsel for Defendant FullStory, Inc. in this action.

2. This declaration is based on my personal knowledge, and I am competent to testify about the matters herein.

3. Plaintiffs' First Amended Complaint refers to and relies on the privacy policy in effect at Noom.com when Plaintiffs Graham and Moise allegedly visited Noom.com in November 2019 and June 2020. *See* First Amended Complaint, Dkt. No. 27, ¶¶ 2, 4, 48–56.

4. Attached hereto as Exhibit A is a true and correct copy of Noom's privacy policy currently available on Noom.com with an effective date of December 17, 2018.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 19, 2021, in San Francisco, California.

Jenna Zhang