EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

SIMON J. FRANKEL (SBN 171552)
sfrankel@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
JENNA L. ZHANG (SBN 336105)
jzhang@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant
FullStory, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRA GRAHAM and STACY MOISE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOOM, INC., and FULLSTORY, INC.,<br><br>Defendants. | Civil Case No.: 3:20-cv-06903-LB<br><br>**DEFENDANT FULLSTORY, INC.'S STATEMENT OF RECENT DECISION**<br><br>Date: August 12, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. Laurel Beeler |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant FullStory, Inc. respectfully submits this Statement of Recent Decision regarding its pending Motion To Dismiss. *See* Dkt. No. 63. Defendant brings to the Court's attention an order entered on August 6, 2021 in *Javier v. Assurance IQ, LLC*, Case No. 4:20-cv-02860-JSW, a case before the Northern District of California. The *Javier* order is attached to this Statement as Exhibit A.

DATED: August 9, 2021

COVINGTON & BURLING LLP

By: */s/ Emily Johnson Henn*

EMILY JOHNSON HENN (SBN 269482)
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800

SIMON J. FRANKEL (SBN 171552)
sfrankel@cov.com
MATTHEW Q. VERDIN (SBN 306713)
mverdin@cov.com
JENNA L. ZHANG (SBN 336105)
jzhang@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

*Attorneys for Defendant FullStory, Inc.*