UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| AUDRA GRAHAM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NOOM, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-06903-LB<br><br>**JUDGMENT** |

On August 13, 2021, the court granted the defendants' motions to dismiss with prejudice. Under Federal Rule of Civil Procedure 58, the court enters judgment in favor of the defendants and against the plaintiffs. The court directs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

Dated: August 13, 2021

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 20-cv-06903-LB